Chicago Car Advertising Company, Appellee, v. Van Gray, also known as Vandorf Gray, Appellant.
Gen. No. 43,565.

opinion filed March 11, 1946; rehearing denied March 25, 1946; released for publication March 25, 1946. McKinley & Price, for appellant; William McKinley and Paul E. Price, of counsel; David H. Caplow and C. A. Caplow, for certain appellee; Dent, Weichelt & Hampton, for certain other appellee. Opinion by JUSTICE NIEMEYER. Not to be published in full.